**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| **CHRISTINE POLK,** | C/A No. 0:25-cv-13850-SAL |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **REVERE AT TEGA CAY, LLC, GREATLAKES FLOORS COVERING, LLC, and RITE RUG CO.,** | *Fed. R. Civ. P. 41(a)(1)(A)(ii)* |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christine Polk, by and through her undersigned counsel, and Defendants Revere at Tega Cay, LLC, Greatlakes Floors Covering, LLC, and Rite Rug Co., by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action, including all claims asserted therein, **without prejudice**, with each party to bear its own attorneys' fees and costs.

No party has previously dismissed an action based on or including the same claims as those asserted herein. This dismissal is therefore without prejudice pursuant to Rule 41(a)(1)(B). The parties respectfully request that the Clerk of Court close this file.

(*Signature Page to Follow*)

1

Respectfully submitted,

**PIERCE SLOAN KENNEDY & EARLY LLC**

By: /s/ Benjamin C. Smoot, II
Benjamin C. Smoot, II, Esquire
Fed. Bar No. 11801
Austin C. MacManus, Esquire
Fed. Bar No. 13644
The Blake House
321 East Bay Street, P.O. Box 22437
Charleston, SC 29413
(843) 722-7733
bensmoot@piercesloan.com

*Attorneys for Plaintiff Christine Polk*

Consented to by:

**BARNWELL, WHALEY, PATTERSON, AND HELMS, LLC**

By: /s/  Allison M. Burns
M. Dawes Cooke, Jr., Esquire
Fed. Bar No. 288
Allison M. Burns, Esquire
Fed. Bar No. 13922
211 King Street, Suite 300
Charleston, SC 29401
(843) 577-7700
mdc@barnwell-whaley.com

*Attorneys for Defendant Greatlake Floors Covering, LLC*

Charleston, South Carolina
April 16, 2026

Consented to by:

**SWEENY, WINGATE & BARROW P.A.**

By: /s/  Mary Cothonneau Eldridge
Mark Barrow
Fed. Bar No. 1220
J. Ryan Oates
Fed Bar No. 10876
Mary Cothonneau Eldridge
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, S.C. 29211
(803) 256-2233

*Attorneys for Defendant Revere at Tega Cay, LLC*

2